**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

RENEE GALLOWAY, *et. al*,

     Plaintiffs,

v.

PLAIN GREEN, LLC, *et. al*,

     Defendants.

Civil Action No. 3:18-cv-00540 MHL

## STIPULATION OF DISMISSAL WITH PREJUDICE

Upon the agreement and stipulation of the parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Renee Galloway, by counsel, and Defendant Plain Green, LLC ("Plain Green"), by counsel, hereby stipulate to the dismissal of the above-captioned action, with prejudice, each party to pay its own costs and attorneys' fees.[1]  Therefore, dismissal without a court order is proper.

There are no longer any issues in this action between Plaintiff and Defendant to be determined by the Court, and all parties that have entered an appearance stipulate to its dismissal, with the court retaining jurisdiction for the purpose of enforcing the settlement of the matter.

Respectfully submitted this 28th day of January, 2020.

/s/ *Leonard A. Bennett*
Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, Virginia 23601
Fax: (757) 930-3662

**SO ORDERED**

3/12/2020   /s/
M. Hannah Lauck
United States District Judge

---

[1] Plaintiff Isabel Deleon and Defendant Great Plains Lending, LLC were terminated pursuant to Plaintiff Deleon's Notice of Voluntary dismissal as to Great Plains Lending, LLC, which was filed on August 15, 2018, and granted on August 23, 2018. (ECF Nos. 3, 5.)

Telephone: (757) 930-3660
lenbennett@clalegal.com

*Counsel for Plaintiff*


/s/ *N. Thomas Connally*
N. Thomas Connally, III
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, 9th Floor
McLean, VA 22102
Phone: 703 610 6100
Fax: 703 610 6200
tom.connally@hoganlovells.com

*Counsel for Plain Green, LLC.*


## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.


/s/ *Leonard A. Bennett*
Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard
Suite 1-A
Newport News, Virginia 23601
Fax: (757) 930-3662
Telephone: (757) 930-3660
lenbennett@clalegal.com

*Counsel for Plaintiff*